UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OSCAR MONTANEZ LOPEZ,

    Defendant.

Case No. CR18-111 RAJ

**DETENTION ORDER**

The Court conducted a detention hearing under 18 U.S.C. § 3142(f), and based upon the findings and reasons below finds there are no conditions or combination of conditions defendant can meet which will reasonably assure defendant's appearance and the safety of other persons and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

(1) Defendant poses a risk to the community based upon his criminal history. Defendant criminal history goes back to 1996. He has continued to commit crimes with his latest conviction occurring in 2017. Defendant's history indicts he is involved in the sale of illegal drugs, and that he has substance abuse problems himself as evidenced by his traffic violations and convictions for possessing drugs. Defendant has at various times failed to appear for required court appearances, and been an alleged fugitive. He has been deported several times in

the past and quickly returned to the country. He has used numerous alias and numerous dates of birth.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 8th day of May, 2018.

BRIAN A. TSUCHIDA
United States Magistrate Judge